MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br>    Plaintiff,                   ) <br> )  <br>    v.                              ) <br> )  <br> MILTON ELIOT MOSS,       ) <br> )  <br>    Defendant.             ) <br> )  | No. CR 13-0211 YGR <br><br> **AMENDED ORDER OF DETENTION** <br> [as modified] |

      The parties appeared before the Honorable Donna M. Ryu on June 12, 2013, for a detention hearing.  The defendant was present and represented by Assistant Federal Public Defender John Paul Reichmuth.  The government was represented by Assistant United States Attorney Brian Lewis.  The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community..

      Upon consideration of the court file and the government's proffer as discussed below, the Court finds by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required.  The Court,

AMENDED ORDER OF DETENTION [as modified]    cc: Copy to parties via ECF, Frances
CR 13-0211 YGR                                 -1-        Pretrial Svcs., 2 Certified US Marshal

therefore, orders the defendant detained without prejudice to re-raising the issue of his detention.[1]

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and,

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:  6/13/2013

DONNA M. RYU
United States Magistrate Judge

---

[1] The present order supplements the Court's findings on the record at the detention hearing and serves as the written findings of fact and statement of reasons required by 18 U.S.C. § 3142(i).